CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 8 2010

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES ALFONSO STOKES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:10-cv-00539 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| JAMES O'KEEFE, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Stokes' motion to proceed in forma pauperis is **GRANTED**, this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 8th day of December, 2010.

United States District Judge